Steven Ritcheson (SBN 174062)
Insight, PLC
578 Washington Boulevard #503
Marina del Rey, California 90291
Phone: (424) 289-9191
swritcheson@insightplc.com

Howard L. Wernow
*(pro hac vice forthcoming)*
Sand, Sebolt & Wernow Co., LPA
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, Ohio 44718
Phone: (330) 244-1174
howard.wernow@sswip.com

Attorneys for Plaintiff
TUNNEL IP LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**TUNNEL IP LLC,**

Plaintiff,

v.

**MONOPRICE, INC.,**

Defendant.

Civil Action No.: 2:20-cv-10826-GW-RAO

**TRIAL BY JURY DEMANDED**

**<u>NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>**

Now comes Plaintiff Tunnel IP LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses all of the claims asserted against Defendant Monoprice, Inc. in the within action WITHOUT PREJUDICE,

with each side bearing its own costs and fees. Defendant Monoprice, Inc. has not served an answer or a motion for summary judgment.

Dated: April 14, 2021

Respectfully submitted,

/s/ Howard L. Wernow
Howard L. Wernow *(Pro hac vice)*
Sand, Sebolt & Wernow Co., LPA
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, Ohio 44718
Phone: 330-244-1174
Fax: 330-244-1173
Email: Howard.Wernow@sswip.com

Steven Ritcheson (SBN 174062)
Insight, PLC
578 Washington Boulevard #503
Marina del Rey, California 90291
Phone: (424) 289-9191
swritcheson@insightplc.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on April 14, 2021.

/s/ Howard L. Wernow
Howard L. Wernow